

# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

D&J REAL ESTATE SERVICES, INC. D/B/A RE/MAX PREMIER GROUP AND STELLA BITNER, Appellant

No. 05-13-01670-CV          V.

GREG L. PERKINS AND JESSICA J. PERKINS, Appellee

On Appeal from the 429th Judicial District Court, Collin County, Texas
Trial Court Cause No. 429-00559-2011.
Opinion delivered by Justice Bridges.
Justices Fillmore and Brown participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **REVERSED** and judgment is **RENDERED** that:

Greg L. Perkins and Jessica J. Perkins take nothing on their claims against D&J Real Estate Services, Inc. d/b/a Re/Max Premier Group and Stella Bitner.

It is ordered that appellants D&J Real Estate Services, Inc. d/b/a Re/Max Premier Group and Stella Bitner recover their costs of this appeal from appellees Greg L. Perkins and Jessica J. Perkins.

Judgment entered July 2, 2015.